**UNITED STATES of America, Plaintiff–Appellee**

v.

**Angel VASQUEZ–DIAZ, also known as Luis Vasquez, also known as Angel Diaz–Vasquez, also known as Angel Diaz Vasquez, also known as Luis Angel Vasquez–Davila, also known as Angel Vasquez, Defendant–Appellant.**

No. 08–20728

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Angel Vasquez–Diaz raises arguments that he concedes are foreclosed by *United States v. Mondragon–Santiago,* 564 F.3d 357, 364–65 (5th Cir.2009), *petition for cert. filed* (June 24, 2009) (No. 08–11099), which held that plain error review applies to forfeited issues of procedural reasonableness. Accordingly, the appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

